AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEE REPORTS

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (Last name, first, middle initial)<br><br>Selna, James V. | **2. Court or Organization**<br><br>District Court, Central District of California | **3. Date of Report**<br><br>May 14, 2011 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge, Active | **5. ReportType (check appropriate type)**<br><br>___ Nomination Date<br><br>___ Initial   X  Annual   ___ Final | **6. Reporting Period**<br><br>January 1, 2010 to December 31, 2010 |
| **7. Chambers or Office Address**<br><br>Ronald Reagan Federal Building and US Courthouse<br>411 W. 4th Street<br>Santa Ana, CA 92701 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| Trustee | Trust No. 2 |
| Custodian; Custodian | Custodian of Account 1; Custodian of Accounts 1 through 3, 1 through 5, and 1 through 3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control. |
| | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 2010 | O'Melveny & Myers LLP–retirement pension | $ 104,628 |
| 2010 | Descendants Trust for the Benefit of _____ –life income beneficiary of | $ 14,901 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Selna, James V. | Date of Report<br>May 14, 2011 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|

Selna, James V.

X        NONE  (No such reportable reimbursements.)

1

2

3

4

5

6

7

## V. GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

X        NONE  (No such reportable gifts.)

1
                                                                    $

2
                                                                    $

3
                                                                    $

4
                                                                    $

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|

X        NONE  (No reportable liabilities.)

1

2

3

4

5

6

*Value Codes:                              J=$15,000 or less      K=$15,001-$50,000 L=$50,001-$100,000      M=$100,001-
$250,000      N=$250,001-$500,000
              O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000                                        P2=$5,000,001-
$25,000,000

---

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Selna, James V. | May 14, 2011 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H)of | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Selna, James V. | May 14, 2011 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 Real Property: | | | | | | | | | |
| 2 Parcel 1, Cambria, CA | None | | M | W | | | | | |
| 3 Parcel 2, Antelope Valley, CA | None | | K | W | | | | | |
| | | | | | | | | | |
| Held in Account 1: | | | | | | | | | |
| 4 AT&T Corp common | D | Div. | M | T | | | | | |
| Time Warner Inc. (TWX) | A | Div. | J | T | | | | | |
| AOL Inc. (AOL) | None | | J | T | Gift | 1/29 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000.001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Apprais 1 U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemptio<br>n) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H)of | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Time Warner Cable (TWC) | A | Div. | J | T | | | | | |
| Comcast Corp. class A common | A | Div. | J | T | | | | | |
| Corning common | A | Div. | K | T | | | | | |
| General Electric common | B | Div. | L | T | | | | | |
| Este Lauder Co. common | A | Div. | K | T | | | | | |
| Liberty Media Interactive (LINTA) | None | | J | T | Gift | 1/29 | J | A | |
| Liberty Media Hldg. (LCAPA) | None | | J | T | Gift | 1/29 | J | A | |
| Liberty Media Corp. Cl. A (LSTZA)) | None | | J | T | Gift | 1/29 | J | A | |
| DirecTV (DTV) | None | | J | T | | | | | |
| Discovery Holdings Series A (DISCA) | None | | J | T | Gift | 1/29 | J | A | |
| Liberty Global Class A (LBTYA) | None | | J | T | Gift | 1/29 | J | A | |
| Liberty Global Series C (LBTYK) | None | | J | T | Gift | 1/29 | J | A | |
| Limited Brands common | D | Div. | K | T | | | | | |
| McKesson Corp. common | A | Div. | L | T | Partial Gift | 11/4 | J | C | |
| Microsoft common | B | Div. | M | T | | | | | |
| Newell Rubbermaid common | A | Div. | J | T | | | | | |
| Pepsico Inc. common | A | Div. | J | T | | | | | |
| Tyson Foods Inc. common | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than$50,000,000 | M=$100,001-$250,000<br>P2=$5,000.001-$25,000,000 | |
| 3 | Value Method Codes: Q=Appraisal<br>(See Col. C2)    U=Book value | | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 11 | Walmart common | B | Div. | M | T | | | | | |
| 12 | Watson Pharmaceuticals common | None | | K | T | | | | | |
| 13 | Washington Mutual common | None | | J | T | | | | | |
| 14 | Xcel Energy Inc. common | D | Div. | M | T | Partial Gift | 11/9 | J | A | |
| 15 | Charles Schwab Muni Money Fund | A | Div. | J | T | | | | | |
| | Supervalu Inc. common | A | Div. | J | T | | | | | |
| | Bed Bath & Beyond common | None | | K | T | | | | | |
| | Southwest Airlines common | A | Div. | K | T | | | | | |
| | Consolidated Edison | B | Div. | K | T | | | | | |
| | Pimco Total Return | D | Div./Cap Gain | M | T | | | | | |
| | Gabelli Small Cap Growth | A | Cap. Gain | K | T | | | | | |
| | Alaska Air Group Inc. | None | | M | T | Sell | 11/22 | M | D | See Section VIII. |
| | Held in Account 2: | | | | | | | | | |
| 16 | Northern Trust Municipal Money Market Fund | A | Int. | K | T | | | | | |
| | Held in Account 3: | | | | | | | | | |
| | Time Warner (TWX) | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000.000 | M=$100,001-$250,000 P2=$5,000.001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| AOL Inc. (AOL) | None | | J | T | | | | | |
| Time Warner Cable | A | Div. | J | T | | | | | |
| 17 Sun Microsystems common | None | | J | T | Cash Merger | 1/28 | J | A | |
| 18 Charles Schwab Money Market | A | Div. | J | T | | | | | |
| Intel Corp. common | A | Div. | J | T | | | | | |
| Ford Motor common | None | | J | T | | | | | |
| Advanced Micro Devices common | None | | K | T | | | | | |
| Brown Shoe common | A | Div. | J | T | Buy | 2/8 | J | | |
| Manitowoc Company common | A | Div. | J | T | Buy | 2/8 | J | | |
| Safeway common | A | Div. | K | T | Buy | 2/8 | K | | |
| | | | | | | | | | |
| Held in Account 4: | | | | | | | | | |
| 19 Citigroup common | A | Div. | J | T | Sold | 3/1 | J | A | |
| 20 Duke Energy common | A | Div. | J | T | | | | | |
| Spectra Energy Corp. | A | Div. | J | T | | | | | |
| 53 Schwab S & P 500 Investors Funds | A | Div. | J | T | | | | | |
| 54 Charles Schwab Money Market | A | Div. | K | T | | | | | |
| Alaska Air Group common | None | | J | T | Sold | 11/9 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Bank of America | A | Div. | J | T | | | | | |
| Brown Shoe Company Inc. | A | Div | J | T | Buy | 11/9 | J | | |
| Cabellas Inc. | None | | J | T | Buy | 11/9 | J | | |
| | | | | | | | | | |
| Held in Account 5: | | | | | | | | | |
| 56   AT & T Corp. common | C | Div. | M | T | | | | | |
| Comcast Corp. common | A | Div. | K | T | | | | | |
| Supervalu Inc. | A | Div. | J | T | | | | | |
| Time Warner Inc. (TWX) | A | Div. | J | T | | | | | |
| AOL Inc. (AOL) | None | | J | T | Sale | 1/19 | J | A | |
| Time Warner Cable (TWC) | None | | J | T | Add Buy | 1/19 | J | | |
| 69   Cisco Systems common | None | | K | T | Roth Transfer Out | 12/29 | K | A | |
| Conagra Foods common | C | Div. | M | T | | | | | |
| GNMA PL #422670 | A | Interest | J | T | | | | | |
| | A | Principal | | | | | | | |
| Dell Computer common | None | | K | T | | | | | |
| Ford Motor Co. common | None | | M | T | | | | | |
| Hewlett-Packard common | A | Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000.001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Jones Apparel Group | A | Div. | J | T | | | | | |
| Liberty Media Class A Common | None | | J | T | Sale | 1/19 | J | A | |
| Liberty Media Hldg (LINTA) | None | | J | T | Add Buy | 1/19 | J | A | |
| Liberty Media Hldg (LCAPA) | None | | J | T | Add Buy | 1/19 | J | | |
| Liberty Media Corp. Cl. A (LSTZA) | None | | J | T | Sale | 1/19 | J | A | |
| DirecTV (DTV) | None | | K | T | Add Buy | 1/19 | J | | |
| Liberty Global Inc. Cl. A (LBTYA) | None | | J | T | Sale | 1/19 | J | A | |
| Liberty Global Inc. Cl. C (LBTYK) | None | | J | T | Sale | 1/19 | J | A | |
| Discovery Holdings Ser. A (DISCA) | None | | J | T | Sale | 1/19 | J | A | |
| Alcatel Lucent | None | | J | T | Sale | 1/19 | J | A | |
| Mattel Inc. common | A | Div. | J | T | | | | | |
| Micron Technology common | None | | J | T | | | | | |
| Microsoft common | C | Div. | M | T | Add Buy | 7/6 | K | | |
| Oracle common | A | Div. | M | T | | | | | |
| Sempra Energy common | B | Div. | K | T | | | | | |
| Sun Microsystems common | None | | J | T | Cash Merger | 1/28 | J | A | |
| Thermo Fisher common | None | | K | T | | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | | |
| Symantec Corp. | None | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemptio<br>n) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-<br>H)of | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| . **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Viacom Class B New | None | | K | T | | | | | |
| CBS Corp. Class B | A | Div | J | T | | | | | |
| Waste Management common | B | Div. | L | T | | | | | |
| Xcel Energy, Inc. Common | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | N | T | | | | | |
| Washington Mutual common | None | | J | T | Sale | 1/19 | J | A | |
| Southwest Airlines common | A | Div. | K | T | | | | | |
| Intel Corp. | C | Div. | M | T | | | | | |
| Wal-Mart Stores Inc. | B | Div. | L | T | | | | | |
| Apache Corporation | A | Div. | M | T | | | | | |
| Home Depot common | B | Div. | L | T | | | | | |
| General Electric common | A | Div | K | T | Partial Roth Transfer Out | 12/29 | J | A | |
| Boeing common | B | Div. | L | T | | | | | |
| Rockwell Collins common | A | Div. | L | T | | | | | |
| Alaska Air Group Inc. | None | | M | T | Sold | 7/27 | M | F | |
| Chevron Corp. | C | Div. | L | T | Buy | 7/6 | L | | |
| CVS Caremark | A | Div. | L | T | Buy | 7/6 | L | | |
| | | | | | | | | | |
| Held in Account 7: | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| IBM common | A | Div. | J | T | | | | | |
| Sun Microsystems common | None | | J | T | Cash Merger | 1/28 | J | A | |
| | | | | | | | | | |
| Held as Custodian: | | | | | | | | | |
| Xcel Energy Inc. common | B | Div. | K | T | | | | | |
| | | | | | | | | | |
| Trust No. 2 | | | | | | | | | |
| Schwab Value Advantage Fund | A | Div. | K | T | | | | | |
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | | |
| Los Angeles, CA bond 3/1/15 | B | Int. | K | T | | | | | |
| GNMA PL #569964 | A | Int. | J | T | | | | | |
| | A | Principal | | | | | | | |
| National Grid PLC | A | Div. | J | T | | | | | |
| Nicor Inc. common | C | Div. | L | T | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| BRE Properties Inc | A | Div./ Cap. Distr. | J | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=App aisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | K | T | | | | | |
| Washington Mutual common | None | | J | T | | | | | |
| Bank of America Corp. | A | Div. | K | T | | | | | |
| AT & T New | D | Div. | M | T | | | | | |
| | | | | | | | | | |
| Account 8 | | | | | | | | | |
| Cisco Systems common | None | | K | T | Roth Transfer | 12/29 | K | | |
| General Electric | A | Div. | J | T | Roth Transfer | 12/29 | J | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| O & M Investment Partners: | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | A | Distr. | J | U | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | None | · | J | U | | | | | |
| O & M Investment Partners/TCW Placements Fund III | None | | J | U | | | | | |
| O & M Investment Partners/Wedbush Capital | None | | J | U | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) of | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| . **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| **Bank Accounts:** | | | | | | | | | |
| Bank of America | None | | K | T | | | | | |
| OneWest Bank fka Indymac Bank FSB | C | Int. | M | T | | | | | |
| OneWest Bank | B | Int. | M | T | | | | | |
| OneWest Bank | B | Int. | M | T | CD Purchased | 2/8 | | | |
| Wachovia Bank Acct. I | A | Int. | M | T | Redeemed | 2/1 | M | A | |
| | | | | | | | | | |
| **Custodian Accounts:** | | | | | | | | | See Note in Section VIII. |
| Custodian Account 1 | | | | | | | | | |
| Excel common | A | Div | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 2 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 3 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 4 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 5 | | | | | | | | | |
| Excel Common | A | Div. | J | T | Partial Gift | 11/9 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Mar et | |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| . **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Custodian Account 1 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 2 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 3 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 1 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 2 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| Custodian Account 3 | | | | | | | | | |
| Excel common | A | Div. | J | T | Partial Gift | 11/9 | J | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ◻ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| 70 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII, Page 4: Shares of Alaska Air Group were purchased in 2007, but inadvertently not included in the Report for 2007. Regrettably, this error was compounded when the absent purchase was not carried forward for the 2008 and 2009 Reports. I am now using the separate annual report of capital transactions which my broker issues to ensure that all purchase and sale transactions are timely and accurately reported. I regret the error. Attached as Exhibit I is the data which should have been included in the 2007, 2008, and 2009 Reports.

Part VII, Pages 11-12 lists the following custodianships:  Custodian of Accounts⬚1 through 3, ⬚1 through 5, and ⬚1 through 3. These were not reported in prior years because the value of the holdings was below the reporting level.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

May 14, 2011

## Exhibit I

| Year | | Amt. | Type | Value | Val. Meth. | Type | Date | Value |
|------|------|------|------|-------|-----------|------|------|-------|
| 2007 | Alaska Air Group | None | | L | T | Purchase | 7/27 | K |
| 2008 | Alaska Air Group | None | | L | T | | | . |
| 2009 | Alaska Air Group | None | | L | T | | | |
| | | | | | | | | |

| AO 10<br>Rev. 1/2011 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Selna, James V. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>09/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Ronald Reagan Federal Building and US Courthouse<br>411 4th Street<br>Santa Ana, CA 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 2 |
| 2. Custodian | Custodan of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 5, and SSD 1 through 3 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | |
| 3. | |

Selna, James V. A

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | O'Melvey & Myers--retirement pension | $104,628.00 |
| 2. 2010 | [redacted] Trust for the Benefit of James V. Selna --life income beneficiary | $14,901.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | . |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Selna, James V. | 09/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property: | | | | | | | | | |
| 2. Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3. Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5. Held in Account 1 | | | | | | | | | |
| 6. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 8. AOL Inc. (AOL) | | None | | | Donated | | | | |
| 9. Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 10. Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 11. Coming common | A | Dividend | K | T | | | | | |
| 12. General Electric common | B | Dividend | L | T | | | | | |
| 13. Estee Lauder common | A | Dividend | K | T | | | | | |
| 14. Liberty Media Interactive (LINTA) | | None | | | Donated | | | | |
| 15. Liberty Media Holdings (LCAPA) | | None | | | Donated | | | | |
| 16. Liberty Media Corp. Cl. A (LSTZA) | | None | | | Donated | | | | |
| 17. DirecTV (DTV) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Discovery Holdings Series A (DISCA) | | None | | | Donated | | | | |
| 19. Liberty Global Class A (LBTYA) | | None | | | Donated | | | | |
| 20. Liberty Global Series C (LBTYK) | | None | | | Donated | | | | |
| 21. Limited Brands common | D | Dividend | K | T | | | | | |
| 22. McKesson Corp. common | A | Dividend | L | T | Donated (part) | | | | |
| 23. Microsoft common | B | Dividend | M | T | | | | | |
| 24. Newell Rubbermain common | A | Dividend | J | T | | | | | |
| 25. Pepsico Inc. common | A | Dividend | J | T | | | | | |
| 26. Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 27. Walmart common | B | Dividend | L | T | | | | | |
| 28. Watson Pharmaceuticals common | | None | K | T | | | | | |
| 29. Washington Mutual common | | None | J | T | | | | | |
| 30. Excel Energy Inc. common | D | Dividend | M | T | Donated (part) | | | | |
| 31. Charles Schwab Muni Money Fund | A | Dividend | J | T | | | | | |
| 32. Supervalu Inc. common | A | Dividend | J | T | | | | | |
| 33. Bed Bath & Beyond common | | None | K | T | | | | | |
| 34. Southwest Airlines common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Consolidated Edison | B | Dividend | K | T | | | | | |
| 36. Pimco Total Return | D | Distribution | M | T | | | | | |
| 37. Gabelli Cmall Cap Growth | A | Distribution | K | T | | | | | |
| 38. Alaska Air Group Inc. | | None | | | Sold | 11/22/10 | M | E | See Section VIII. |
| 39. | | | | | | | | | |
| 40. Held in Account 2: | | | | | | | | | |
| 41. Northern Trust Muni Money Market Fund | A | Interest | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. Held in Account 3: | | | | | | | | | |
| 44. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 45. AOL Inc. (AOL) | | None | J | T | | | | | |
| 46. Time Warner Cable | A | Dividend | J | T | | | | | |
| 47. Sun Microsystems common | | None | | | Sold | 01/28/10 | J | A | |
| 48. Charles Schwab Money Market | A | Dividend | J | T | | | | | |
| 49. Intel Corp. common | A | Dividend | J | T | | | | | |
| 50. Ford Motor common | | None | J | T | | | | | |
| 51. Advanced Micro Devices common | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brown Shoe common | A | Dividend | J | T | Buy | 02/08/10 | J | | |
| 53. Manitowoc Company common | A | Dividend | J | T | Buy | 02/08/10 | J | | |
| 54. Safeway common | A | Dividend | K | T | Buy | 02/08/10 | K | | |
| 55. | | | | | | . | | | |
| 56. Held in Account 4: | | | | | | | | | |
| 57. Citigroup common | A | Dividend | | | Sold | 03/01/10 | J | A | |
| 58. Duke Energy common | A | Dividend | J | T | | | | | |
| 59. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 60. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |
| 61. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 62. Alaska Air Group common | | None | | | Sold | 11/09/10 | J | A | |
| 63. Bank of America | A | Dividend | J | T | | | | | |
| 64. Brown Shoe Company Inc. | A | Dividend | J | T | Buy | 11/09/10 | J | | |
| 65. Cabellas Inc. | | None | J | T | Buy | 11/09/10 | K | | |
| 66. | | | | | | | | | |
| 67. Held in Account 5: | | | | | | | | | |
| 68. AT & T Corp. common | C | Dividend | M | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Comcast Corp. common | A | Dividend | K | T | | | | | |
| 70. Supervalu Inc. | A | Dividend | J | T | | | | | |
| 71. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 72. AOL Inc. (AOL) | | None | | | Sold | 01/19/10 | J | A | |
| 73. Time Warner Cable (TWC) | | None | J | T | Buy (add'l) | 01/19/10 | J | | |
| 74. Cisco Systens commont | | None | | | Distributed | 12/29/10 | K | A | Roth Transfer |
| 75. Conagra Foods common | C | Dividend | M | T | | | | | |
| 76. GNMA PL▓▓▓▓ | A | Interest | J | T | | | | | |
| 77. | A | Distribution | | | | | | | |
| 78. Dell Compuuter common | | None | K | T | | | | | |
| 79. Ford Motor Co. common | | None | M | T | | | | | |
| 80. Hewlett-Packard common | A | Dividend | M | T | | | | | |
| 81. Jones Apparel Group | A | Dividend | J | T | | | | | |
| 82. Liberty Media Class A common | | None | | | Sold | 01/19/10 | J | A | |
| 83. Liberty Media Holdings (LINTA) | | None | J | T | Buy (add'l) | 01/19/10 | J | | |
| 84. Liberty Media Holding (LCAPA) | | None | J | T | Buy (add'l) | 01/19/10 | J | | |
| 85. Liberty Media Corp. Cl. A (LSTZA) | | None | | | Sold | 01/19/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DirecTV (DTV) | | None | K | T | Buy (add'l) | 01/19/10 | J | | |
| 87. Liberty Global Inc. Cl. A (LBTYA) | | None | | | Sold | 01/19/10 | J | A | |
| 88. Liberty Global Inc. Cl. C (LBTYK) | | None | | | Sold | 01/19/10 | J | A | |
| 89. Discovery Holdings Ser. A (DISCA) | | None | | | Sold | 01/19/10 | J | A | |
| 90. Alcatel Lucent | | None | | | Sold | 01/19/10 | J | A | |
| 91. Mattel Inc. common | A | Dividend | J | T | | | | | |
| 92. MicronTechnology common | | None | J | T | | | | | |
| 93. Microsoft common | C | Dividend | M | T | Buy (add'l) | 07/06/10 | K | | |
| 94. Oralce common | A | Dividend | M | T | | | | | |
| 95. Sempra Energy | B | Dividend | K | T | | | | | |
| 96. Sun Microsystems | | None | | | Sold | 01/28/10 | J | A | |
| 97. Thermo Fisher common | | None | K | T | | | | | |
| 98. Thyson Foods Inc. common | A | Dividend | J | T | | | | | |
| 99. Symantec Corp. | | None | J | T | | | | | |
| 100. Viacom Class B new | | None | K | T | | | | | |
| 101. CBS Corp. Class B | A | Dividend | J | T | | | | | |
| 102. Waste Management common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |
| 104. Charles Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 105. Washington Mutual common | | None | | | Sold | 01/19/10 | J | A | |
| 106. Southwest Airlines common | A | Dividend | K | T | | | | | |
| 107. Intel Corp. | C | Dividend | M | T | | | | | |
| 108. Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |
| 109. Apache Corporation | A | Dividend | M | T | | | | | |
| 110. Home Depot common | B | Dividend | L | T | | | | | |
| 111. General Electric common | A | Distribution | K | T | Distributed (part) | 12/29/10 | J | A | Roth Transfer |
| 112. Boeing common | B | Dividend | L | T | | | | | |
| 113. Rockwell Collins common | A | Dividend | L | T | | | | | |
| 114. Alaska Air Group Inc. | | None | | | Sold | 07/27/10 | M | F | See Section VIII. |
| 115. Chevron Corp. | C | Dividend | L | T | Buy | 07/06/10 | L | | |
| 116. CVS Caremark | A | Dividend | L | T | Buy | 07/06/10 | L | | |
| 117. | | | | | | | | | |
| 118. Held in Account 7: | | | | | | | | | |
| 119. Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date nun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IBM common | A | Dividend | J | T | | | | | |
| 121. Sun Microsystems | | None | | | Sold | 01/28/10 | J | A | . |
| 122. | | | | | | | | | |
| 123. Held as Custodian: | | | | | | | | | |
| 124. Excel Engergy Inc. common | B | Distribution | K | T | | | | | |
| 125. | | | | | | | | | |
| 126. Trust No. 2: | | | | | | | | | |
| 127. Schwab Vaulue Advantage Fund | A | Dividend | K | T | | | | | |
| 128. BankAmerica bond 10/15/11 | A | Interest | J | T | | | | | |
| 129. Los Angeles, CA bond 3/1/15 | B | Interest | K | T | | | | | |
| 130. GNMA PL ▓▓▓▓ | A | Interest | J | T | | | | | |
| 131. | A | Distribution | | | | | | | |
| 132. National Grid PLC | A | Dividend | J | T | | | | | |
| 133. Nicor Inc. common | C | Dividend | L | T | | | | | |
| 134. Sempra Energy common | A | Dividend | J | T | | | | | |
| 135. Xcel Energy Inc. common | A | Dividend | J | T | | | | | |
| 136. BRE Properties Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | A | Distribution | J | T | | | | | |
| 138. Urstadt Biddle Properties | A | Dividend | J | T | | | | | |
| 139. Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 140. Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 141. Washington Mutual common | | None | J | T | | | | | |
| 142. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 143. AT & T Corp. new | D | Dividend | M | T | | | | | |
| 144. | | | | | | | | | |
| 145. Held in Account 8: | | | | | | | | | |
| 146. Cisco Systems common | | None | K | T | Buy | 12/29/10 | K | | Roth Transfer |
| 147. General Electric common | A | Dividend | J | T | Buy | 12/29/10 | J | | Roth Transfer |
| 148. | | | | | | | | | |
| 149. O & M Investment Partners: | | | | | | | | | |
| 150. O & M Investment Partners/Lesser Moore | A | Distribution | J | U | | | | | |
| 151. O & M Investment Partners/Playa Vista | | None | J | U | | | | | |
| 152. O & M Investment Partners/Playa Vista II | | None | J | U | | | | | |
| 153. O & M Investment Partners/Post Street | | None | J | U | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. O & M Investment Partners/TCW Placements Fund III | | None | J | U | | | | | |
| 155. O & M Investment Partners/Weddbush Capital | | None | J | U | . | | | | |
| 156. | | | | | | | | | |
| 157. Bank Accounts: | | | | | | | | | |
| 158. Bank of America | | None | K | T | | | | | |
| 159. One West Bank fka Indymac Bank FSB | C | Interest | M | T | | | | | |
| 160. One West Bank | B | Interest | M | T | | | | | |
| 161. One West Bank | B | Interest | M | T | Open | 02/08/10 | M | | CD Purchase |
| 162. Wachovia Bank Acct 1 | A | Interest | | | Redeemed | 02/01/10 | M | A | |
| 163. | | | | | | | | | |
| 164. Custodian Accounts: | | | | | | | | | See note in Section VIII. |
| 165. Custodian Account BCS 1 | | | | | | | | | |
| 166. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 167. Custodian Account BCS 2 | | | | | | | | | |
| 168. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 169. Custodian Account BCS 3 | | | | | | | | | |
| 170. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Custodian Account BCS 4 | | | | | | | | | |
| 172. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 173. Custodian Account BCS 5 | | | | | | | | | |
| 174. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 175. Custodian Account JSL1 | | | | | | | | | |
| 176. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 177. Custodian Account JSL2 | | | | | | | | | |
| 178. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 179. Custodian Account JSL3 | | | | | | | | | |
| 180. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 181. Custodian Account SSD1 | | | | | | | | | |
| 182. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 183. Custodian Account SSD2 | | | | | | | | | |
| 184. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 185. Custodian Account SSD3 | | | | | | | | | |
| 186. X Excel common | A | Dividend | J | T | Buy (add'l) | 11/09/10 | J | | Partial Gift |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 114: Shares of Alaska Air Group were purchased in 2007, but inadvertently not included in the Report for 2007. Regrettably, this error was compounded when the absent purchase was not carried forward for the 2008 and 2009 Reports. I am now using the separate annual report of capital transactions which my broker issues to ensure that all purchase and sale transactions are timely and accurately reported. I regret the error. Set forth below is the data which should have been included in the 2007, 2008, and 2009 Reports.

Year  Amt. Type Value  Val. Meth. Type Date Value
2007 Alaska Air Group  None L T Purchase 7/27 K
2008 Alaska Air Group  None L T
2009 Alaska Air Group  None L T

Part VII, lines 164-186 list the following custodianships: Custodian of Accounts JSL 1 through 3, BCS 1 through 5, and SSD 1 through 3. These were not reported in prior years because the value of the holdings was below the reporting level.

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 09/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**CHAMBERS OF**
**JAMES V. SELNA**
UNITED STATES DISTRICT JUDGE

September 13, 2011

**TELEPHONE**
**(714) 338-2841**

The Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C. 20544

Re: 2010 Financial Disclosure Report, AO-10, Amended

Dear Judge Baldock:

Thank you for your letter of your letter of August 15, 2011.

Simultaneous with this letter, I am transmitting an amended disclosure for 2010 on the current form. The current form includes information concerning ▓▓▓▓▓▓ non-investment income (Section ), which I have completed. I believe that the May 14, 2011 report in fact indicated that it was an annual report, not a nomination report. In any event, I have ensured that the amended report properly checked the box for an annual report.

I know it creates extra work for the Committee when an amended report is required. I regret the imposition on the Committee's time.

If you have any questions concerning the current Report or the amendments, please contact me at the above number, or by e-mail ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Very truly yours,



**Selna, James V.**